**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

**OLD DOMINION FREIGHT LINE, INC.,**

      **Plaintiff,**

**v.**

**BREEZER HOLDINGS, LLC,**

      **Defendant.**

---

### COMPLAINT

---

      Plaintiff, Old Dominion Freight Line, Inc. ("Old Dominion") by and through its undersigned attorneys, hereby files its Complaint against Defendant, Breezer Holdings, LLC ("Breezer"), and respectfully alleges as follows:

### I. Status of the Parties.

      1.    Plaintiff Old Dominion is a duly licensed and authorized motor carrier for hire incorporated under the laws of the Commonwealth of Virginia, with a principal place of business in North Carolina.  Old Dominion operates as an interstate motor carrier subject to the jurisdiction of the Surface Transportation Board of the U. S. Department of Transportation.

      2.    Defendant Breezer is a Delaware limited liability company with a principal place of business in Deerfield Beach, Florida, all of whose members reside outside the States of North Carolina and Virginia. See, Atl. S. Bank v. Gunter Vill., LLC, 2009 U.S. Dist. LEXIS 63316 (M.D. Ga. July 23, 2009).

## II. Jurisdiction and Venue.

3.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §1332 because the parties are citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

4.      Venue is proper in this district pursuant to 28 U.S.C. §1391(a) and (c) because Defendant resides in this district.

## III. Factual Allegations.

5.      This matter involves an indebtedness of Defendant Breezer owed to Old Dominion for numerous shipments moved by Old Dominion pursuant to a Customer Pricing Agreement in effect with Breezer.  A copy of this pricing agreement is attached hereto as Exhibit "A".

6.      Old Dominion moved freight in interstate commerce between various points in the continental United States for Breezer pursuant to the pricing agreement.

7.      Breezer is in default of its obligations to Old Dominion pursuant to the pricing agreement.  As of the time of filing this Complaint, Breezer is indebted to Old Dominion as follows:

| Debtor | Principal | Liq. Damages | Total Owed |
|---|---|---|---|
| Breezer Holdings (I) | $96,987.25 | $33,944.40 | $130,931.65 |
| Breezer Holdings (II) | $31,021.58 | $10,857.55 | $ 41,879.13 |
| | **GRAND TOTAL** | | **$172,810.78** |

8.      Unless Old Dominion receives full payment of its freight charges within 42 days from the original invoice due date, Old Dominion is entitled to recover liquidated

damages in an amount equal to 35% of its unpaid receivable pursuant to the pricing agreement and the terms of its tariff.

9.      More than forty two (42) days have elapsed since the latest of Old Dominion's original invoice due dates.  To date, Defendant has failed to remit payment and the entire principal indebtedness of $172,810.78 remains due and owing.

10.     All conditions precedent to the bringing of this action have been performed, excused or waived.

WHEREFORE, Plaintiff, Old Dominion Freight Line, Inc., prays:

1.      That judgment enter in favor of Plaintiff Old Dominion Freight Line, Inc. and against Defendant, Breezer Holdings, LLC as follows:

| Debtor | Principal | Liq. Damages | Total Owed |
|---|---|---|---|
| Breezer Holdings (I) | $96,987.25 | $33,944.40 | $130,931.65 |
| Breezer Holdings (II) | $31,021.58 | $10,857.55 | $ 41,879.13 |
| | **GRAND TOTAL** | | **$172,810.78** |

2.      That Old Dominion Freight Lines, Inc. recover any and all post-judgment interest; and

3.      That this Court award Old Dominion Freight Line, Inc., such other and further relief as this Court deems just and proper.

Respectfully submitted,

**Lawrence J. Roberts & Associates, P.A.**
Attorneys for Plaintiff
249 Catalonia Avenue
Coral Gables, Florida 33134
Phone: (305) 441-7882
Fax: (305) 441-7883
Email: lroberts@lrobertsandassociates.com

By:  _/s/ LAWRENCE J. ROBERTS_
     LAWRENCE J. ROBERTS, ESQUIRE
     Florida Bar No.: 343218

**EXHIBIT A**

**Old Dominion Freight Line, Inc**
**500 Old Dominion Way**
**Thomasville, NC 27360**

| OD • DOMESTIC | OD • EXPEDITED | OD • GLOBAL | OD • TECHNOLOGY |
|---|---|---|---|

# Customer Pricing Agreement

**Contact: CARMEN PEREZ (LOGISTICS MANAGER)**
**Solution Specialist: BOB PARRIS PRESIDENT CLU**

**Publication Number: 6100-0292022**
**Effective Date: 05/24/16**

**Customer: POWER BREEZER, 550 SW 12 AVE SUITE 550, DEERFIELD BEACH, FL, 33442**

Following is a certified copy of a new or revised publication for your account. Unless otherwise noted, provisions apply on Minimum Charge, LTL or AQ shipments rated at applicable class from Tariff ODFL 559 series for U.S. shipments and Tariff ODFL 505 series for U.S./Canada shipments; subject to minimum charge floor(s) as provided in Item 180 of ODFL 100[1] series (Rules Tariff). Discount provisions will be reflected on the freight bill as a reduction of applicable charges. Customer's use of these pricing provisions constitutes their agreement with the rules and other provisions named herein. Please click on the link(s) below to review the following publications.

- ODFL 100 Additional Services and Rules Tariff
- ODFL 128 Fuel Increase Master Tariff
- ODFL 639 Discount Tariff on Joint Line Traffic[1]
- ODFL 6100 Rules Tariff[1]

Unless otherwise provided herein, ODFL Maximum Carrier Cargo Liability shall be subject to limits as defined in Item 594, ODFL 100 rules Tariff[1]. ODFL Maximum Carrier Cargo Liability shall not exceed $50,000.00 per occurrence and liability shall range from .10 cents per pound to a maximum of $5.00 per pound depending on **factors** defined in Item 594 sections 1 through 5. Optional Higher Level of Carrier Cargo Liability may be purchased per ODFL 100 series, item 574[1].

The absence of transportation activity with a specific account for a period of six (6) months will be construed by carrier to mean published provisions are obsolete and may result in the cancellation of said provisions.

If you should have any questions, please contact your OD Solution Specialist. You may also contact OD's Transportation Services Department at 800-235-5569.

## Account Information

| Name | City,St | Number | Type | Tariff | Keys |
|---|---|---|---|---|---|
| BREEZER HOLDINGS LLC | DEERFIELD BEACH, FL | 13090913 | TPB | 0559 | a, c |
| POWER BREEZER | DEERFIELD BEACH, FL | 13090914 | IC,OPC | 0559 | b, d, e, f, g, h |
| ENERGEMS | DEERFIELD BEACH, FL | 13227045 | IC,OPC | 0559 | b, d, e, f, g, h |
| N R G INNOVATIONS LLC | DEERFIELD BEACH, FL | 13227046 | IC,OPC | 0559 | b, d, e, f, g, h |
| BREEZER HOLDINGS INC | DEERFIELD BEACH, FL | 13323695 | IC,OPC | 0559 | b, d, e, f, g, h |
| POWER BREEZER | WEST COLUMBIA, SC | 13375795 | IC,OPC | 0559 | b, d, e, f, g, h |
| BREEZER MOBILE | WEST COLUMBIA, SC | 13379883 | IC,OPC | 0559 | b, d, e, f, g, h |
| ODFL 559 SERIES (0559) | | | | | |

## Discounts/Minimums

| Shipments | Geography | Discounts | Minimums | Weight | Distance | Codes | Key |
|---|---|---|---|---|---|---|---|
| Within | Interstate | 80.00% | | | | TPB | a |
| Within | Interstate | 84.00% | | | | IC,OPC | b |
| Within | Intrastate | 80.00% | | | | TPB | c |
| Within | Intrastate | 84.00% | | | | IC,OPC | d |

## NMFC Class

| Shipments | Geography | Class/NMFC Item | Rated As | Codes | Key |
|---|---|---|---|---|---|
| | | 65 - 70 | 65 | IC,OPC | e |
| | | 85 - 250 | 85 | IC,OPC | f |

## Interline Shipment Exceptions

| SCAC | Geography | Description | Codes | Key |
|---|---|---|---|---|
| | | Apply direct class exceptions | IC,OPC | g |
| | | Apply direct base rates | IC,OPC | h |

## Accessorial Charges

| Shipments | Geography | Description | Key |
|---|---|---|---|
| | | **DELIVERY: SECURED OR LIMITED ACCESS** charge shall be $35.00 for LTL shipments. | |
| | | **PICKUP: SECURED OR LIMITED ACCESS** charge shall be $35.00 for LTL shipments. | |

## Notes

CAN FULL DISCOUNT AND ANY CLASS EXCEPTIONS NAMED HEREIN SHALL APPLY ON DIRECT SHIPMENTS BETWEEN U.S. AND CANADA.

ACC WHEN ODFL 4840, ODFL 4848, ODFL 660, ODFL 661, ODFL 698, ODFL 699 OR ANY OTHER TYPE EXCEPTION SPOT RATE ESTIMATE IS REQUESTED FROM ODFL AND ODFL PROVIDES SUCH ESTIMATE, THE CHARGES AND RULES ESTIMATED FOR THAT PARTICULAR SHIPMENT SHALL APPLY IN LIEU OF CHARGES AND RULES PROVIDED HEREIN.

TRD CHARGES FOR SHIPMENTS PICKED UP FROM OR DELIVERED TO CONVENTION CENTERS, EXPOSITION CENTERS, TEMPORARY WAREHOUSE OR HOTELS, FOR EXHIBITIONS OR TRADE SHOWS "AND/OR" SHIPMENTS CONTAINING TRADESHOW OR EXPOSITION MATERIALS, EQUIPMENT, SUPPLIES, FURNISHINGS OR TRAPPINGS WILL BE SUBJECT TO A MINIMUM CHARGE AS PROVIDED IN ODFL 100 SERIES, ITEM 752-1.

## Explanation of Application Codes

TPB  TPB (THIRD PARTY BILLING) MEANS CUSTOMER IS NEITHER THE SHIPPER NOR CONSIGNEE, BUT IS SHOWN ON THE BILL OF LADING AS TPB PAYOR.

IC  APPLIES ONLY ON INBOUND COLLECT SHIPMENTS.

OPC APPLIES ONLY ON OUTBOUND PREPAID AND COLLECT SHIPMENTS.

---

¹These files are provided as PDFs, which require Adobe's Acrobat Reader® Reader plugin for viewing. If you do not have it installed, you may download a free copy from Adobe.