UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   0:16-cv-62877-KMM

**OLD DOMINION FREIGHT LINE, INC.,**

 Plaintiff,

v.

**BREEZER HOLDINGS, LLC,**

 Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

 On February 24, 2017, this Court entered an Order of Dismissal with Prejudice, wherein jurisdiction was retained to enforce the terms and conditions of the Parties' Settlement Agreement. [D. E 19]

 The Parties have now completed all the terms and conditions of their Settlement Agreement, and are desirous of having this entire matter dismissed with prejudice with no retention of jurisdiction by this Court.

 Accordingly, Plaintiff **OLD DOMINION FREIGHT LINE, INC.** and Defendant **BREEZER HOLDINGS, LLC**, by and through their undersigned attorneys, hereby show the Court that all matters and things herein having been amicably resolved, the Parties hereto agree to the complete dismissal of the above styled action, with prejudice and without costs to either party, with each party to bear its own attorneys' fees.

| | |
|---|---|
| **Lawrence J. Roberts & Associates, P.A.** | **Blank Rome, LLP** |
| Counsel for Plaintiff | Counsel for Defendant |
| 249 Catalonia Avenue | 500 East Broward Blvd., Suite 2100 |
| Coral Gables, Florida 33134 | Ft. Lauderdale, FL 33394 |
| Tel.:   305-441-7882 | Tel.:   954-512-1832 |
| Fax:   305-441-7883 | Fax:   954-512-1785 |
| Email: lroberts@lrobertsandassociates.com | Email: Rberman@BlankRome.com |
| | |
| By:  /s/ LAWRENCE J. ROBERTS | By:  /s/ RICHARD E. BERMAN |
|  Lawrence J. Roberts, Esq. |  Richard E. Berman, Esq. |
|  Florida Bar No. 343218 |  Florida Bar No. 254908 |